920

No. 516. KLOR *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, *Frank Richards* and *Henry A. Dietz,* Deputy Attorneys General, for respondent.

No. 55, Misc. UNITED STATES EX REL. PARKER *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Walter F. Dodd* and *Eldridge Bancroft Pierce* for petitioner. *Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 283, Misc. LE VAN *v.* STILER ET AL. Appellate Department of the Superior Court of California. Certiorari denied.

No. 320, Misc. LILLY *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 326, Misc. DE SOTO *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 346, Misc. MANGAN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 352, Misc. KUH *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 357, Misc. PITTS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 361, Misc. KELLY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.